# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>JACK PERKO<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:12-cv-02289-JCG<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action
☒ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: ORDER VACATING HEARING AND ENTRY OF CONSENT JUDGMENT

Filed date: June 25, 2014     Document Number(s): 44

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Consent Judgment (Exhibit "1"), was not attached to the Order.

CLERK, U.S. DISTRICT COURT

Date: June 8, 2018              By: Kristee Hopkins
                                    Deputy Clerk

G-11 (06/14)                    NOTICE OF CLERICAL ERROR

JS-6 Entered

GOLDSMITH & HULL, P.C./File CDC407
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff



FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 2:12-CV-02289 JCG |
|---|---|
| Plaintiff, | ORDER VACATING HEARING AND ENTRY OF CONSENT JUDGMENT |
| vs. | |
| JACK PERKO AKA JACK R. PERKO | |
| Defendant. | Judge: Jay C. Gandhi |

IT IS HEREBY ORDERED that all hearings are vacated and Consent Judgment attached as Exhibit "1" to the Notice of Settlement be entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant JACK PERKO AKA JACK R. PERKO.

Date: 6-24-2014

_____
Hon. Jay C. Gandhi,

1

# EXHIBIT "1"

GOLDSMITH & HULL, APC  Our File CDCS407
WILLIAM I. GOLDSMITH (82183)
16933 Parthenia street., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Telecopier: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JACK PERKO AKA JACK R. PERKO<br><br>      Defendant. | CASE NO. CV 12-02289 - JCG<br><br>CONSENT JUDGMENT<br><br>Judge: Jay C. Gandhi |

Plaintiff, United States of America, having filed its Complaint herein and the defendant, having filed its Counter Claim and having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The Defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

3. The defendant hereby agrees to the entry of Judgment in the principal amount of $69,198.93 plus interest accrued to June 13, 2014 in the sum of $100,020.24; with interest accruing thereafter at $17.02 per day until entry of judgment and thereafter

Page | 1

at the legal rate per 28 U.S.C. § 1961; plus penalty/administrative charges in the amount of $0.00; attorney fees in the sum of $4,367.95 and costs in the sum of $459.00.

4. Defendant will make payments of Sixty Thousand Dollars ($60,000.00) to plaintiff as follows:

A) **One payment of Twenty Thousand Dollars** ($20,000.00) by July 15, 2014; and,

B) Monthly payments in the amount of **Four Hundred Dollars ($400.00 USD)** per month, beginning **August 1, 2014** and continuing monthly at the same time thereafter on the first of every month until **Forty Thousand Dollars** ($40,000.00) is paid.

C) Time is of the essence on all payments made hereunder.

D) If all payments are timely made under paragraph 4, totaling **Sixty Thousand Dollars** ($60,000.00), then plaintiff will cancel the remainder of the debt and the debt described in paragraph 3 will be deemed fully and finally satisfied.

5. The **Twenty Thousand Dollar** ($20,000.00) payment due on July 15, 2014 will to be made payable to the U.S. Department of Justice and forwarded to GOLDSMITH & HULL, APC, 16933 Parthenia street, Suite 110, Northridge, CA 91343. Thereafter, the **Four Hundred Dollar** ($400.00) a month payments due on August 1, 2014 and continuing on the first of the month until **Forty Thousand Dollars** ($40,000.00) is paid are to be made payable to the U.S. Department of Justice and forwarded to U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363, and to include the number: 2010-A-78121 on any form of payment.

6. The payment of **$400.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant pursuant to paragraph 4(B). Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

7. For purposes of evaluation and possible modification, the defendant will

Page | 2

provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of his last two earning statements.

8. Under no circumstances, will the monthly payment be higher than $400 per month. Defendant does have the right but not obligation to prepay any amounts owed under this agreement without any penalty whatsoever. Prepayment will not accelerate the rate in which future payments are due.

9. Should defendant become ten (10) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the California Code of Civil Procedure, giving defendant credit for any and all payments made.

10. Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

11. When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder.

12. This consent judgment will accrue interest at the legal rate from the date of entry until paid in full.

///
///
///
///
///
///

DATE: 6/19/14

_____
Defendant
JACK PERKO
LAW OFFICES OF JACK PERKO
26895 ALISO CREEK ROAD, SUITE B66
ALISO VIEJO, CA 92656
SS# 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

DATE: 6/19/2014

_____
William T. Goldsmith
Attorney for Plaintiff, ~~United~~ States of America

Page | 4