GOLDSMITH & HULL/Our File #:CDCS407
A Professional Corporation
WILLIAM I. GOLDSMITH  (SBN 82183)
16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
Tele: (818) 990-6600  Fax : (818) 990-6140
**govdept1@goldsmithcalaw.com**

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT NO.** 2:12-CV-02289 JCG |
| ) | |
| Plaintiff, ) | |
| ) | **SATISFACTION OF CONSENT** |
| VS. ) | **JUDGMENT** |
| ) | |
| JACK PERKO AKA JACK R. ) | |
| PERKO ) | |
| Defendant. ) | |
| ) | |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said Consent judgment, entered on June 25, 2014, in favor of the United States of America, and against JACK PERKO AKA JACK R. PERKO  and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: January 8, 2019                         GOLDSMITH & HULL, P.C.

/S/ William I. Goldsmith
William I. Goldsmith
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

JACK PERKO, et al.
**PERSONAL & CONFIDENTIAL**
26895 Aliso Creek Road Suite B66
Aliso Viejo CA 92656

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on __January 8, 2019__ at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

                                         /S/
                                   Sonia Molina